**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Thomas W. Wilder,

Plaintiff,

Civil No. 00-1131 (RHK/JMM)

vs.

**ORDER**

NRT, Inc., d/b/a Coldwell Banker Burnet Realty,
d/b/a Burnet Title, Cecelia Mah Hippe,
James Dorfsman, Edina Realty, Inc.,
Dan Diebold, The Flour City Odd Fellows
Building Association, Inc., and Grand Lodge of
Minnesota, Independent Order of Odd Fellows,

Defendants.

---

Before the Court is the Report and Recommendation of Magistrate Judge John M. Mason and a Motion for Additional Time to Respond. Having reviewed the Complaint and the recommended dismissal of this action, the undersigned concludes that the Motion for Additional Time to Respond should be denied. If Plaintiff secures the information he seeks, an amended Complaint would clearly be required. Because of the uncertainty of when Plaintiff will have the information necessary to satisfy the deficiencies in the Complaint, this action should be dismissed now–without prejudice. It can be commenced again should Plaintiff secure the additional information requested by the Report and Recommendation.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

FILED JUN 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 08 2000
DEPUTY CLERK

1. The Motion for Additional Time to Respond (Doc. No. 4) is **DENIED**;

2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**.

3. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**; and

4. The Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 8, 2000

RICHARD H. KYLE
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL NOTICE**

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUN 08 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995