# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thomas W. Wilder

Case No. Civil 00-1131RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

NRT, Inc., d/b/a Coldwell Banker Burnet Realty, d/b/a Burnett Title, Cecelia Mah Hippe, James Dorsfman, Edina Realty, Inc., Dan Diebold, The Flour City Odd Fellows Building Association, Inc., and Grand Lodge of Minnesota, Independent Order of Odd Fellows

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion for additional time to respond is **DENIED**; the report and recommendation is **ADOPTED**; plaintiff's application to proceed without prepayment of fees is **DENIED**; and the complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 USC 1915(e)(B)(ii).

DATE: June 8, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk